IH-32

Rev: 2014-1

# United States District Court
### for the
# Southern District of New York
## Related Case Statement

---

### Full Caption of Later Filed Case:

Mary McCambell

| | |
|---|---|
| Plaintiff | Case Number |
| vs. | 16-2035 |
| Christopher U. Missling, et al. | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Kevin Cortina

| | |
|---|---|
| Plaintiff | Case Number |
| vs. | 1:15-cv-10162 |
| Anavex Life Sciences Corp., Christopher U. Missling, Sandra Boenisch and Athanasios Skarpelos | |
| Defendant | |

IH-32                                                                    Rev: 2014-1

Status of Earlier Filed Case:

| | | |
|---|---|---|
| ☐ | Closed | (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.) |
| ☑ | Open | (If so, set forth procedural status and summarize any court rulings.) |

The initial Complaint has been filed and motions to appoint lead counsel under the PSLRA are still pending. There have been no substantive court rulings to date.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly filed case is a shareholder derivative action on behalf of Anavex Life Sciences Corp. against many of the same defendants in the earlier filed case and it involves the same general factual situation.

Signature: _Thomas J. M⁼Kenna_                    Date: **3/18/2016**

Gainey McKenna & Egleston

Firm: _____