```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  03/22/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
KEVIN CORTINA,                                         :
                                                       :
                                    Plaintiff,         :
                                                       :          15-CV-10162 (JMF)
            -v-                                         :
                                                       :
ANAVEX LIFE SCIENCES CORP., et al.,                    :
                                                       :
                                    Defendants.        :
                                                       :
-----------------------------------------------------------------------X
                                                       :
MARY MCCAMBELL,                                        :
                                                       :
                                    Plaintiff,         :
                                                       :
            -v-                                         :          16-CV-2035 (JMF)
                                                       :
CHRISTOPHER U. MISSLING, et al.,                       :
                                                       :          ORDER
                                    Defendants.        :
                                                       :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On March 18, 2016, Plaintiff Mary McCambell filed a shareholder derivative complaint

against Anavex Life Sciences Corp. ("Anavex") and its officers in 16-CV-2035.  PLSRA Lead

Plaintiff motion practice is underway in 15-CV-10162, which involves claims of securities fraud

against Anavex relying on substantially similar allegations of misconduct.  As of this Order, no

motion for consolidation has been filed, but 16-CV-2035 has been accepted by the Court as

related to 15-CV-10162, and the cases appear to involve common questions of law and fact.

       The Court is inclined to consolidate the cases, at least for pretrial purposes.  The parties

in each case are directed to file letters no later than **March 28, 2016**, not to exceed three single-

spaced pages each, indicating their views on whether the cases should be consolidated and

discussing whether consolidation would or should have any effect on the appointment of Lead

Plaintiff or other proceedings in 15-CV-10162.

It is further ORDERED that Plaintiff in 16-CV-2035 shall promptly serve a copy of this

Order on each of the defendants in that case and file proof of service on the docket.

SO ORDERED.

Dated:  March 22, 2016
         New York, New York

_____
JESSE M. FURMAN
United States District Judge