UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY McCAMBELL, Derivatively on Behalf of ANAVEX LIFE SCIENCES CORP., <br><br>   Plaintiff, <br><br> v. <br><br> CHRISTOPHER U. MISSLING, ATAHNASIOS SKARPELOS, BERND METZNER, ELLIOT FAVRUS, and STEPHEN THOMAS, <br><br>   Defendants, <br><br> And <br><br> ANAVEX LIFE SCIENCES CORP., <br><br>   Nominal Defendant. | Case No. 16-2035 <br><br> Hon. Jesse M. Furman <br><br><br> **MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, David H. Kistenbroker, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Anavex Life Sciences Corp., Christopher U. Missling, Atahnasios Skarpelos, in the above captioned action.

I am in good standing of the bars of the states of Illinois and New York and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:   April 6, 2016

Respectfully Submitted,
By:   /s/ David H. Kistenbroker
David H. Kistenbroker
DECHERT LLP
35 W. Wacker Drive, Suite 3400
Chicago, Illinois 60601
Telephone: 312-646-5800
Facsimile: 312-646-5858
david.kistenbroker@dechert.com

*Counsel for Anavex Life Sciences Corp., Christopher U. Missling, Atahnasios Skarpelos*