# GAINEY McKENNA & EGLESTON

ATTORNEYS AT LAW

www.gme-law.com

440 PARK AVENUE SOUTH
FIFTH FLOOR
NEW YORK, NEW YORK 10016
TEL: (212) 983-1300
FAX: (212) 983-0383

95 ROUTE 17 SOUTH
SUITE 310
PARAMUS, NEW JERSEY 07652
TEL: (201) 225-9001
FAX: (201) 225-9002

Please Reply To The New York Address

June 20, 2016

*VIA ECF*

Hon. Jesse M. Furman
United States District Judge
40 Foley Square
New York, NY 10007

Re: *Cortina v. Anavex Life Sciences Corp., et al.*, (Securities Action) 15-cv-10162 and *McCambell v. Missling, et al.*, (Derivative Action) 16-cv-02035-JMF

Dear Judge Furman:

We are counsel for Plaintiff McCambell in the above-referenced Derivative Action. We write in connection with your Endorsed Order found at Docket No. 52 in the above-referenced Securities Action (case number 1:15-cv-10162) asking us to advise Your Honor of our position regarding a potential stay of discovery within one week of the filing of the Defendants' Motion to Dismiss in the Securities Action.

The parties in the above-referenced Derivative Action have already agreed to a temporary stay which was So-Ordered by Your Honor on May 12, 2016. *See* Docket No.: 26 in the above-referenced Derivative Action.

Respectfully submitted,

GAINEY McKENNA & EGLESTON

Thomas J. McKenna

TJM/nr

cc: All parties via ECF